IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **DEREK BYRD,** § | | |
| *Plaintiff,* § | | |
| § | | |
| v. § | | CIVIL ACTION NO. 1:25-CV-00069-ADA |
| § | | |
| **THE CITY OF AUSTIN; AUSTIN** § | | |
| **POLICE DEPARMENT; AND** § | | |
| **JAVIER RODRIGRUEZ,** § | | |
| **INDIVIDUALLY, and His Official** § | | |
| **Capacity** § | | |
| *Defendant.* § | | |

**NOTICE CONCERNING REFERENCE TO UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of 28 U.S.C. § 636(c), Federal Rule of Civil Procedure 73, and the Local Rules of the United States District Court for the Western District of Texas, the following party **The City of Austin , Javier Rodriguez**

through counsel **H Gray Laird**

\_\_\_ consents to having a United States Magistrate Judge preside over the trial in this case.

**X** declines to consent to trial before a United States Magistrate Judge.

        RESPECTFULLY SUBMITTED,

        DEBORAH THOMAS, CITY ATTORNEY
        SARA SCHAEFER, ACTING DIVISION
        LITIGATION CHIEF

        */s/  H. Gray Laird*
        H. GRAY LAIRD III
        State Bar No. 24087054
        Assistant City Attorney
        gray.laird@austintexas.gov
        City of Austin - Law Department
        Post Office Box 1546
        Austin, Texas 78767-1546
        Telephone: (512) 974-2342

Facsimile: (512) 974-1311

**ATTORNEYS FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

This is to certify that I have served a copy of the foregoing on all parties or their attorneys of record, in compliance with the Federal Rules of Civil Procedure, this 27th day of May, 2025.

**Via CM/ECF:**
Emilio L. Guerra
State Bar No. 24096331
3910 South Interstate Highway 35, Suite 300
Austin, Texas 78704
Telephone: (512) 672-6585
Facsimile: (512) 532-6810
Service email: service@acamposlaw.com
Email: emilio@acamposlaw.com

**ATTORNEYS FOR PLAINTIFF**

   /s/   H. Gray Laird III
H. GRAY LAIRD III