IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| DEREK BYRD, | § | |
|     *Plaintiff,* | § | |
| | § | |
| VS. | § | CASE NO. 1:25-CV-00069-ADA |
| | § | |
| CITY OF AUSTIN; and | § | |
| JAVIER RODRIGUEZ, Individually, | § | |
| and in His Official Capacity, | § | |
|     *Defendants.* | § | |

## NOTICE OF FILING OF FEDERAL RULE 29 STIPULATION

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Pursuant to Rule 29 of the Federal Rules of Civil Procedure, the Parties agree to the following:

- Plaintiff's deadline to designate testifying experts and provide their expert witness reports, to include all information required by Rule 26(a)(2)(B) on or before November 7, 2025, is extended to **January 7, 2026**.

- Defendants' deadline to designate testifying experts and provide their expert witness reports, to include all information required by Rule 26(a)(2)(B) on or before December 12, 2025, is extended to **February 12, 2026**.

The Parties Rule 29 Stipulation is attached hereto as **Exhibit A**.

                                              Respectfully submitted,

                                              CAMPOS LAW GROUP, PLLC
                                              3910 South Interstate Highway 35, Suite 300
                                              Austin, Texas 78704
                                              Tel. (512) 672-6585
                                              Fax. (512) 532-6810
                                              Email: *emilio@acamposlaw.com*
                                              Service email: *service@acamposlaw.com*

                                      By:     /s/ Emilio L. Guerra
                                                     Emilio L. Guerra
                                                     State Bar No. 24096331
                                                   ATTORNEY FOR PLAINTIFF

CITY OF AUSTIN LAW DEPARTMENT
PO Box 1546
Austin, Texas 78717
Tel. (512) 974-2409
Fax (512) 974-1311
Email: monte.barton@austintexas.gov

By: /s/ Monte L. Barton
Monte L. Barton
State Bar No. 24115616
ATTORNEY FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I certify that on November 7, 2025, pursuant to Fed. R. Civ. P. 5(d)(1)(A) and other applicable law, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of these filings to the following attorneys, and there are no other persons to be served in this matter:

VIA EMAIL: monte.barton@austintexas.gov
Monte L. Barton
City of Austin Law Department
PO Box 1546
Austin, Texas 78717
Tel. (512) 974-2409

By: /s/ Emilio L. Guerra
Emilio Guerra